NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Cross Appellants.*

---

2012-1600, -1606

---

Appeals from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge.*

## ORDER

The First Amendment Coalition moves for leave to file a brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

APPLE INC. V SAMSUNG ELECTRONICS CO., LTD.                    2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s19